Brandon S. Reif (SBN 214706)
Marc S. Ehrlich (SBN 198112)
Rachel D. Dardashti (SBN 292126)
**REIF LAW GROUP, P.C.**
1925 Century Park, East Suite 1700
Los Angeles, CA 90067
Telephone: 310.494.6500
Email: BReif@reiflawgroup.com
MEhrlich@reiflawgroup.com; Docket@reiflawgroup.com

Attorneys for Plaintiff Ten-X, Inc.

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| TEN-X, Inc., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MARVIN HOLDINGS, LLC, a Missouri limited liability company; and Does 1 to 3, inclusive, <br><br> Defendants. | Case No. 8:18-cv-02052-JVS DFM <br><br> **ORDER** <br><br> Hearing Date: April 8, 2019 <br> Time: 1:30 p.m. <br> Courtroom: 10C |

# ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(2), having determined that dismissal is proper, it is hereby ordered, adjudged and decreed that the action is dismissed with prejudice.

Dated: July 10, 2019

_____
Hon. James V. Selna